IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : CRIMINAL NO. 13-90 |
| RASHION MICHAELS,<br>Defendant | : |

### ORDER

AND NOW, this 9th day of October 2013, upon consideration of the government's motion to dismiss the charges in the indictment against defendant RASHION MICHAELS, it is hereby ORDERED that the indictment in this case against defendant RASHION MICHAELS is dismissed without prejudice.

BY THE COURT:

*Jan E. DuBois*
HONORABLE JAN E. DUBOIS
*Judge, United States District Court*